NATIONAL LABOR RELATIONS BOARD,
Petitioner, v. Jacob GARFUNKEL and
Hyman Garfunkel, d/b/a Surprise Candy
Company, Respondents.

No. 129, Docket 20356.

Circuit Court of Appeals, Second Circuit.

Jan. 10, 1947.

Gerhard P. Van Arkel, Gen. Counsel, Morris P. Glushien, Associate Gen. Counsel, A. Norman Somers, Asst. Gen. Counsel, and Fannie M. Boyls and Ben Grodsky, Attorneys, National Labor Relations Board,

all of Washington, D. C. (William J. Avrutis, of Washington, D. C., of counsel), for petitioner.

Before L. HAND, SWAN, and CLARK, Circuit Judges.

PER CURIAM.

Order of enforcement granted in open court.